BURNHAM, Respondent, v. CAPE VINCENT SEED CO., Limited, Appellant.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Action by Erastus K. Burnham against the Cape Vincent Seed Company, Limited.

No opinion. Judgment and order affirmed, with costs.

---

(66 Hun, 630.)

In re CORNELL'S ESTATE.

(Supreme Court, General Term, Fourth Department. December 9, 1892.)

Final judicial settlement of accounts of Franklin C. Cornell, as sole administrator of estate of Ezra Cornell, deceased.

No opinion. Order affirmed, with $10 costs and disbursements.